FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00113-CV

## Trial Court No. 15-0581-B

**Jason Rowell**

**Vs.**

**Firetrol Protection Systems**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Niles  Illich |
| Motion fee | $15.00 | Niles  Illich |
| Reporter's record | $136.00 | Niles Illich |
| Required Texas.gov efiling fee | $20.00 | Niles  Illich |
| Indigent | $25.00 | Niles  Illich |
| Supreme Court chapter 51 fee | $50.00 | Niles  Illich |
| Filing | $100.00 | Niles  Illich |
| **TOTAL:** | $356.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 30th day of July 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk